BENJAMIN HARTLEY

*v.*

ZENAS HARTLEY.

NEW TRIAL—*verdict against the evidence.* Where there is evidence to support a verdict, it will not be disturbed.

APPEAL from the Circuit Court of Woodford county; the Hon. S. L. RICHMOND, Judge, presiding.

This was an action of assumpsit, brought by Benjamin Hartley against Zenas Hartley, wherein the plaintiff obtained a judgment for $25, from which he appealed to this court.

Mr. H. B. Hopkins and Mr. C. H. Chitty, for the appellant.

Mr. John Clark, for the appellee.

Mr. Chief Justice Breese delivered the opinion of the Court:

This is a very small case, which should not have been brought to this court.

We cannot interfere, there being evidence to sustain the verdict, and no error in the instructions.

We must affirm the judgment.

*Judgment affirmed.*